UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7350

VICTOR COLLYN GREENE,

Plaintiff - Appellant

versus

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; EASTERN CORRECTIONAL INSTITUTION;
EARL BESHEARS, Warden, in his official
capacity as Warden of Eastern Correctional
Institution; MARYLAND CORRECTIONAL PRE-RELEASE
SYSTEM; WARDEN CORCORAN, in his official
capacity as Warden of Maryland Correctional
Pre-Release System; RICHARD LANHAM, Commis-
sioner, in his official capacity as Commis-
sioner of Correction,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-97-1901-JFM)

Submitted: January 15, 1998          Decided: January 28, 1998

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Victor Collyn Greene, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's orders dismissing his complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Greene v. Department of Public Safety, No. CA-97-1901-JFM (D. Md. July 21 & Aug. 22, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2